IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIQUEL DIAZ,

       Plaintiff,           No. CIV S-07-0857 FCD JFM P

   vs.

T.L. CAREY, et al.,

       Defendants.        FINDINGS & RECOMMENDATIONS

_____/

       By order filed May 2, 2007, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted.  The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

       Although it appears from the file that plaintiff's copy of the order was returned,[1] plaintiff was properly served.  Pursuant to Local Rule 83-182(f), service of documents at the record address of the party is fully effective.

       Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See Local Rule 11-110; Fed. R. Civ. P. 41(b).

/////

---

[1] The May 11, 2007 memo accompanying the returned mail noted that plaintiff refused to accept the mail.  (Docket No. 4.)

1    These findings and recommendations are submitted to the United States District

2  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

3  days after being served with these findings and recommendations, plaintiff may file written

4  objections with the court.  The document should be captioned "Objections to Magistrate Judge's

5  Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

6  specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951

7  F.2d 1153 (9th Cir. 1991).

8  DATED:  June 12, 2007.

9

10                                               UNITED STATES MAGISTRATE JUDGE

11

12  /001; diaz0857.fta

13

14

15

16

17

18

19

20

21

22

23

24

25

26