IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIQUEL DIAZ,

        Plaintiff,                       No. CIV S-07-0857 FCD JFM P

    vs.

T.L. CAREY, et al.,

        Defendants.              <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights complaint pursuant to 42 U.S.C. § 1983. By order filed May 2, 2007, plaintiff and his co-plaintiffs' requests to proceed as a class action was denied, plaintiff's complaint was severed from <u>Whitfield v. Sisto</u>, CIV S-06-2303 FCD KJM P, dismissed, and plaintiff was granted thirty days in which to file an amended complaint and a request to proceed in forma pauperis. (May 2, 2007 Order.) On June 13, 2007, findings and recommendations issued recommending this action be dismissed based on plaintiff's failure to comply with the May 2, 2007 order.

        On July 2, 2007, plaintiff filed objections, claiming he had no records of the instant action but did not refuse to accept legal mail. Plaintiff asks, however, that "if this is an 'offshoot' of the Law Library Class Action Lawsuit 'Whitfield' please so advise immediately." (July 2, 2007 Objections at 1.) As noted above, the instant case was opened as a result of the

1

1 order issued in CIV S-06-2303 FCD KJM P, which was a typewritten complaint consisting of
2 253 typewritten pages, including a 24 page complaint concerning law library access.
3     Plaintiff also asks the court to provide him with a copy of the complaint.
4 However, the Clerks's Office does not provide copies of documents to parties.  Copies of
5 documents may be obtained for a fee from Attorney's Diversified Services (ADS): 1424 21st
6 Street, Sacramento, CA 95814.  Their phone number is 916-441-4396.  The court will provide
7 copies of the docket sheet at $0.50 per page.  Checks in the exact amount are made payable to
8 "Clerk, USDC."  Plaintiff is advised that in forma pauperis status does not include the cost of
9 copies.  Plaintiff's request for a free copy of the 253 page complaint will be denied.
10    However, in light of the above, the court will vacate the findings and
11 recommendations and will grant plaintiff leave to file an amended complaint.
12    Good cause appearing, IT IS HEREBY ORDERED that:
13    1.  Plaintiff's request for a copy of the complaint is denied;
14    2.  The June 13, 2007 findings and recommendations are vacated; and
15    3.  Plaintiff is granted thirty days from the date of this order in which to file and
16 serve an amended complaint and a completed in forma pauperis affidavit.  Plaintiff is cautioned
17 that failure to comply with this order will result in a recommendation that this action be
18 dismissed.
19 DATED:  July 5, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

/001; diaz0857.vac